```
 1  David J. Feldman, Esq.
    Nevada Bar No. 5947
 2  Rachel J. Holzer, Esq.
    Nevada Bar No. 11604
 3  THE FELDMAN FIRM
    8831 West Sahara Avenue
 4  Las Vegas, Nevada 89117
    Telephone: (702) 949-5096
 5  Facsimile: (702) 949-5097
    dfeldman@feldmanattorneys.com
 6  rholzer@feldmanattorneys.com
    *Attorneys for Defendant Mid-Century Insurance*
 7  *Company*
```

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MATHILDE SPIETZ, an individual | Case No.: 2:22-CV-01562-GMN-EJY |
| Plaintiff, | Dept. 29 |
| vs. | |
| MID-CENTURY INSURANCE COMPANY, a foreign corporation; DOES I through X, inclusive, and ROE CORPORATIONS I through X, inclusive, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Mathilde Spietz, by and through her counsel of record Vernon Nelson, Esq., of The Law Office of Vernon Nelson and Defendant Farmers Insurance Exchange, by and through its counsel of record David J. Feldman, Esq., and Rachel J. Holzer, Esq of The Feldman Firm, that Case No. 2:22-CV-01562-GMN-EJY, entitled ***Mathilde Spietz v. Mid-Century Insurance Company, et al.*** is hereby dismissed with prejudice and that these parties agree to bear their own attorney's fees and costs and any interest.

///

///

///

1

**IT IS SO STIPULATED**

Dated this 30th day of October, 2023.

[signature]

Vernon Nelson, Esq.  #6434
9550 S. Eastern Ave., Suite 253
Las Vegas, Nevada 89123
Tel: (725) 777-5447
email: vnelson@nelsonlawfirmlv.com

Dated this 30th day of October, 2023.

[signature]

David J. Feldman, Esq. #5947
8831 W. Sahara Ave.
Las Vegas, Nevada 89117
Phone: (702) 949-5096
dfeldman@feldmanattorneys.com

**ORDER**

IT IS HEREBY ORDER, ADJUDGED AND DECREED that, pursuant to stipulation of the parties, Case No. 2:22-CV-01562-GMN-EJY, entitled ***Mathilde Spietz v. Mid-Century Insurance Company, et al.*** is hereby dismissed with prejudice, and that all parties are responsible for their own attorney's fees and costs and any interest

**IT IS SO ORDERED.**

[signature] November 16, 2023

District Judge

THE FELDMAN FIRM

By   */s/ David Feldman*
     David J. Feldman, Esq.
     Nevada Bar No. 5947
     Rachel J. Holzer, Esq.
     Nevada Bar No. 11604
     8831 West Sahara Avenue
     Las Vegas, Nevada 89117
     Telephone:  (702) 949-5096
     Facsimile:  (702) 949-5097
     dfeldman@feldmanattorneys.com
     rholzer@feldmanattorneys.com
     *Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that I am employee of The Feldman Firm, and that on the 30th day of October, 2023, I served the above and foregoing **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** on the following parties in compliance with the Nevada Electronic Filing and Conversion Rules:

Vernon Nelson
9550 S. Eastern Ave., Suite 253
Las Vegas, NV 89123
Tel: (725) 777-5447
E-mail: vnelson@nelsonlawfirmlv.com
Attorneys for Plaintiff

/s/Michelle Labozan
An Employee of THE FELDMAN FIRM